UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KYLE ALEXANDER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4475** |
| **BURL CAIN, WARDEN** | **SECTION "S"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection filed by plaintiff (Traverse to state's response to Petition for Writ of Habeas Corpus (Doc. 14)) to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Kyle Alexander's **Motion and/or Request for Consolidation of Cases #97-37 (#06-4475) and #97-39 (#05-0683) and/or Waiver of State-Court Exhaustion on #97-37 (#06-4475) for Habeas Corpus-Relief Individually Pursuant to #06-4475 (Rec. Doc. No. 8)**; **Motion to Expand the Record (for evidence relevant to state-court-subject-activity on state court collateral review, in and for state-court Docket No. 97-37 and Habeas Corpus) for Doc. No. 06-4475 (Rec. Doc. No. 10)**; and **Motion to Stay/Hold in Abeyance Movant's Original**

**Pending Litigation in Case No. 97-37 now Federal Civil Action No. (97-37) 06-4475 (Rec. Doc. No. 11), are DENIED.**

New Orleans, Louisiana, this 12th day of January, 2007.

*[signature]*

**UNITED STATES DISTRICT JUDGE**