UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KYLE ALEXANDER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4475** |
| **BURL CAIN, WARDEN** | **SECTION "S"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation (Doc. #21), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Kyle Alexander's petition for issuance of a Writ of Habeas Corpus, pursuant to Title 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this   30th   day of   April  , 2008.

_____
UNITED STATES DISTRICT JUDGE